[No. 4889–1.   Division One.   January 9, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
WENDELL NICHOLLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 74811, William C. Goodloe, J., entered July 1,

1976. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Callow and Andersen, JJ.